No. 92–1229. LAW ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–1234. KAHHAT ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1237. HULL, A MINOR, BY HIS NATURAL PARENTS, GUARDIANS, AND PERSONAL REPRESENTATIVES, HULL ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–1265. SCHWAGER ET UX. v. TEXAS COMMERCE BANK, N. A., ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 92–1277. NAGANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1289. OTERO LABORDE v. INTERNATIONAL GENERAL ELECTRIC CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–1303. LAKELAND LOUNGE OF JACKSON, INC. v. CITY OF JACKSON, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 92–1334. WYNNE v. TUFTS UNIVERSITY SCHOOL OF MEDICINE. C. A. 1st Cir. Certiorari denied.

No. 92–1354. DEUTSCH v. BURLINGTON NORTHERN RAILROAD CO. C. A. 7th Cir. Certiorari denied.

No. 92–1358. WILLIS ET AL. v. CELOTEX CORP. C. A. 4th Cir. Certiorari denied.

No. 92–1363. PENNSYLVANIA v. CLARK. Super. Ct. Pa. Certiorari denied.

No. 92–1365. DAVIS ET AL. v. GATES, FORMER CHIEF OF POLICE OF THE CITY OF LOS ANGELES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1367. NEW CASTLE COUNTY, DELAWARE v. HARTFORD ACCIDENT & INDEMNITY CO. ET AL. C. A. 3d Cir. Certiorari denied.